**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
at Baltimore

**Date: 1/22/10**

In re:   Case No.:   **09−23576 RAG**   Chapter:   **13**

| Philip Carey Cashmyer | Andrea Joy Cashmyer |
|---|---|
| Debtor(s) | |

# DEFICIENCY NOTICE

DOCUMENT: 30 – Motion for Relief from Stay and Notice of Motion Re: 2008 Chevrolet Silverado. Fee Amount $150, Notice Served on 10/15/2009, Filed by Wilmington Trust Company. Objections due by 11/2/2009. Hearing scheduled for 11/13/2009 at 09:15 AM – Courtroom 9−D. (Attachments: # (1) Notice of Motion # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Affidavit # (6) Proposed Order # (7) Certificate of Service) (Willner, Nathan)

PROBLEM: The Motion is not captioned properly as it does not list Andrea Joy Cashmyer as a debtor.

CURE: Correct above by the cure date shown below.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 2/5/10.**

**Additional information for non−attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, M Maloney−Raymond  410−962−4373

cc:   Debtor(s)
      Attorney for Debtor(s) – Dianne Moorehead Hughes
      Attorney for Movant – Nathan Willner

Form defntc (01/06)